MILTON M. SILVERMAN and Others, as Executors, etc., of CLEMENTINE M. SILVERMAN, Deceased, Appellants, v. EVELINE C. ALTHAUSE and Others, Respondents.— The judgment in *Crystal* v. *Aerodrome Park Amusement Co.* (*ante*, p. 902), being affirmed herewith, plaintiffs must fail in this appeal. The judgment herein is, therefore, affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. JAMES N. DILLARD, as Administrator, etc., of J. HARVEY WOOD, JR., Deceased, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

TOWN OF NORTH HEMPSTEAD, Respondent, v. LOUISE H. LEEDS, Appellant.— It is concluded that the defendant has not title to the *locus in quo*, through herself or predecessors, by allotment, by grant, or by adverse possession, but that she has a prescriptive right to use the dam and its appliances for the purposes of the mill, to the degree that it has been operated, and to flood the *locus in quo* and draw the water therefrom for such purpose. The possession of the plaintiff is subject to that right, and the verdict should have so provided. A new trial is granted, with costs, except in this court, to abide the event, unless the plaintiff shall within twenty days stipulate to amend the verdict and judgment so as to protect the defendant's rights as indicated; in which event the judgment, as so modified, and the order are affirmed, without costs in this court. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

ELI UGOVITCH and HESTER J. YOUNG, Respondents, v. OHIO FARMERS' INSURANCE COMPANY OF LEROY, OHIO, Appellant.— A partial or biased appraiser is not "competent and disinterested" within the policy provisions. In case of a doubtful attitude of such an appraiser, his disinterestedness and fairness may be issues for the jury in the suit upon the policy. The court below, therefore, could rightfully stop such appraisal as, according to the complaint in equity, was being conducted until the standing of the so-called appraisers could be passed on in the trial. The order of July seventeenth [eighteenth] is, therefore, affirmed, with ten dollars costs and disbursements, and stay of trial vacated. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

CHARLES H. KELBY and LULU R. KELBY, Respondents, v. NEW YORK MUNICIPAL RAILWAY CORPORATION, Appellant.— Appeal transferred to the First Department for hearing and determination. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

THOMAS R. ASHCROFT, Respondent, v. NATIONAL METER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ABRAHAM COHEN, Respondent, v. WILLIAM E. WIENER, INC., Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.